UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>        Plaintiff,<br><br>    v.<br><br>PAUL MURPHY,<br><br>        Defendant. | Case No. 20-cv-08235-WHO (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. Nos. 1, 3, and 7 |

This federal civil rights action was opened in error. The Clerk shall terminate all pending motions and close the file. No filing fee is due.

**IT IS SO ORDERED.**

**Dated:** March 3, 2021

_____
WILLIAM H. ORRICK
United States District Judge